UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ISELA ELGUERA, an individual, JOHN ELGUERA, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, and DOES I-X AND ROES I-X, inclusive,<br><br>Defendants. | Case No. 2:17-cv-00184-APG-NJK<br><br>**ORDER DENYING MOTION TO REMAND**<br><br>(ECF No. 6) |

The plaintiffs move to remand this case to state court, contending that State Farm has not demonstrated that the amount in controversy exceeds $75,000. Plaintiff Isela Elguera previously demanded that State Farm pay her $46,328.42 on her UM/UIM claim. Plaintiff John Elguera demanded that State Farm pay him $35,978.11 on his UM/UIM claim. In addition to these contractual claims, the plaintiffs assert extra-contractual claims and seek punitive damages. ECF No. 1-2. The plaintiffs also filed in the state court a Request for Exemption of Arbitration stating that the case involves an amount in excess of $50,000. ECF No. 1-4.

State Farm has demonstrated that the amount in controversy exceeds $75,000. Thus, this court can exercise diversity jurisdiction over this matter. The plaintiffs' motion to remand **(ECF No. 6) is denied.**

DATED this 17th day of February, 2017.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE