| | |
|---|---|
| 1 | ROBERT W. FREEMAN, ESQ.<br>Nevada Bar No. 003062 |
| 2 | Email: Robert.Freeman@lewisbrisbois.com<br>PRISCILLA L. O'BRIANT, ESQ. |
| 3 | Nevada Bar No. 010171<br>Email: Priscilla.Obriant@lewisbrisbois.com |
| 4 | **LEWIS BRISBOIS BISGAARD & SMITH LLP**<br>6385 S. Rainbow Boulevard, Suite 600 |
| 5 | Las Vegas, Nevada 89118<br>702.893.3383 |
| 6 | FAX: 702.893.3789<br>*Attorneys for Defendant* |
| 7 | *State Farm Mutual Automobile Insurance Company* |

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ISELA ELGUERA, an individual; JOHN ELGUERA, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY; DOES I-X; AND ROES I-X, inclusive,<br><br>Defendants. | CASE NO. 2:17-cv-00184-APG-NJK<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

The parties, by and through their respective undersigned counsel of record, agree and stipulate that all claims against STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY in the above-entitled action shall be dismissed in their entirety, with prejudice, each party to bear its own costs and attorneys' fees.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

4825-6554-1959.1

IT IS FURTHER STIPULATED AND AGREED that there are no pre-trial hearings or a trial date set in this matter.

Dated this 1 day of May, 2017

**HANRATTY LAW GROUP**

Kevin M. Hanratty, Esq.
Nevada Bar No. 7734
1815 Village Center Circle, Suite 140
Las Vegas, Nevada 89134
*Attorneys for Plaintiffs*

Dated this 2 day of May, 2017

**LEWIS BRISBOIS BISGAARD & SMITH**

PRISCILLA O'BRIANT, ESQ.
Nevada Bar No. 10171
6385 S. Rainbow Blvd., Ste. 600
Las Vegas, Nevada 89118
*Attorneys for Defendant*

IT IS SO ORDERED this 2nd day of May, 2017.

_____
UNITED STATES DISTRICT COURT JUDGE

4825-6554-1959.1

2